**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   15-cr-00299-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. RAYNALDO GOMEZ-GRAJIOLA,

     Defendant.

---

**ORDER**

---

Pursuant to and in accordance with the sentencing hearing held before the Honorable Robert E. Blackburn, United States District Judge, on December 11, 2015,

**IT IS ORDERED** that Defendant Raynaldo Gomez-Grajiola is sentenced to **time served**.

Dated:  December 11, 2015

                                  BY THE COURT:

                                  s/ Robert E. Blackburn
                                  ROBERT E. BLACKBURN,
                                  UNITED STATES DISTRICT JUDGE